UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NADINE JOACHIN,

                          Plaintiff,

    -against-                                23-CV-7652 (ALC)

MORNINGSIDE REHABILITATION             ORDER
NURSING HOME,

                          Defendant.

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of Plaintiff's motion to disqualify and motion to amend her Complaint to add Defendants. ECF Nos. 8-9. The motion to disqualify is hereby **DENIED**. Her motion to amend her Complaint is **GRANTED**.

**SO ORDERED.**

Dated:    October 11, 2023
             New York, New York

                                                        ANDREW L. CARTER, JR.
                                                        United States District Judge