UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NADINE JOACHIN,<br><br>        Plaintiff,<br><br>-against-<br><br>MORNINGSIDE REHABILITATION NURSING HOME,<br><br>        Defendant. | 23-CV-7652 (ALC)<br><br>ORDER |

**ANDREW L. CARTER, JR., United States District Judge:**

  The Court is in receipt of Plaintiff's letter dated October 19, 2023. ECF No. 11. On October 11, 2023, the Court granted Plaintiff's motion to amend her Complaint to add defendants. ECF No. 10. As such, Plaintiff is directed to file her Amended Complaint including additional defendants.

**SO ORDERED.**

Dated: October 20, 2023
    New York, New York

                    ANDREW L. CARTER, JR.
                    United States District Judge