UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NADINE JOACHIN,<br><br>                             **Plaintiff,**<br><br>-against-<br><br>MORNINGSIDE REHABILITATION<br>NURSING HOME, et al,<br><br>                            **Defendants.** | 23-CV-7652 (ALC)<br><br>ORDER |

**ANDREW L. CARTER, JR., United States District Judge:**

       The Court is in receipt of Defendant Morningside Rehabilitation Nursing Home's letter requesting permission to move to dismiss the Complaint, and a proposed order. ECF Nos. 21-22. Defendant is directed to serve a copy of this order and its submissions by February 7, 2024. Plaintiff should file her response to Defendant's letter, if any, in writing by **February 13, 2024**.

**SO ORDERED.**

Dated:   February 6, 2024
             New York, New York

                                                      ANDREW L. CARTER, JR.
                                                      United States District Judge