UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NADINE JOACHIN,<br><br>        Plaintiff,<br><br>-against-<br><br>MORNINGSIDE REHABILITATION NURSING HOME, et al,<br><br>        Defendants. | 23-CV-7652 (ALC)<br><br>ORDER |

**ANDREW L. CARTER, JR., United States District Judge:**

  The Court is in receipt of Defendant Morningside Rehabilitation Nursing Home's letter requesting a pre-motion conference, ECF No. 21. Plaintiff did not file a response. Defendant's request is hereby **GRANTED**. The parties are directed to adhere to the following briefing schedule for Defendant's motion to dismiss:

  Defendant's Motion to Dismiss:    February 28, 2024

  Plaintiff's Opposition:       March 13, 2024

  Defendant's Reply:        March 20, 2024

**SO ORDERED.**

**Dated: February 14, 2024**
   New York, New York

                     **ANDREW L. CARTER, JR.**
                     **United States District Judge**