UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NADINE JOACHIN,

                            Plaintiff,

-against-                              23-CV-7652 (ALC)

MORNINGSIDE REHABILITATION          CONFERENCE ORDER
NURSING HOME, et al,

                            Defendants.

**ANDREW L. CARTER, JR., United States District Judge:**

      The Court will hold a telephonic conference in this action on February 28, 2024 at 3:30PM Eastern Time.

      All Parties shall appear and should contact the Court at 1-888-363-4749 (access code: 3768660).

      The Court will hold the briefing schedule for Defendant's motion to dismiss, ECF No. 25, in abeyance.

**SO ORDERED.**

**Dated: February 15, 2024**
       New York, New York

                                                **ANDREW L. CARTER, JR.**
                                                **United States District Judge**