UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NADINE JOACHIN,<br><br>　　　　　　　　　　Plaintiff,<br><br>-against-<br><br>MORNINGSIDE REHABILITATION<br>NURSING HOME, et al,<br><br>　　　　　　　　　　Defendants. | 23-CV-7652 (ALC)<br><br>AMENDED CONFERENCE ORDER |

**ANDREW L. CARTER, JR., United States District Judge:**

　　In light of Defendant's letter, ECF No. 28, the Court will hold a telephonic conference in this action on March 5, 2024 at 2:30PM Eastern Time.

　　All Parties shall appear and should contact the Court at 1-888-363-4749 (access code: 3768660).

　　The Court will hold the briefing schedule for Defendant's motion to dismiss, ECF No. 25, in abeyance.

**SO ORDERED.**

Dated: February 16, 2024
　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　**ANDREW L. CARTER, JR.**
　　　　　　　　　　　　　　　　　　　　　　　　**United States District Judge**