UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NADINE JOACHIN,<br><br>　　　　　　　　　　Plaintiff,<br><br>-against-<br><br>MORNINGSIDE REHABILITATION<br>NURSING HOME, et al,<br><br>　　　　　　　　　　Defendants. | 23-CV-7652 (ALC)<br><br>ORDER |

**ANDREW L. CARTER, JR., United States District Judge:**

　　The Court is in receipt of Plaintiff's proposed order dated February 2, 2024. ECF No. 22.

The proposed order is hereby **DENIED**.

**SO ORDERED.**

**Dated: February 21, 2024**
　　**New York, New York**

　　　　　　　　　　　　　　　　　　　　　　　**ANDREW L. CARTER, JR.**
　　　　　　　　　　　　　　　　　　　　　　　**United States District Judge**