UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NADINE JOACHIN,<br><br>                             Plaintiff,<br><br>-against-<br><br>MORNINGSIDE REHABILITATION<br>NURSING HOME, et al,<br><br>                            Defendants. | 23-CV-7652 (ALC)<br><br>ORDER |

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of Plaintiff's notice of appeal dated February 20, 2024. ECF No. 33. The Court construes Plaintiff's filing as a request to file a motion for recusal.

Plaintiff is GRANTED leave to file a motion to recuse and supplement her filing in writing by March 8, 2024. Defendants may file an opposition to the motion to recuse, if any, by March 22, 2024.

**SO ORDERED.**

**Dated: February 22, 2024**
       **New York, New York**

                                                **ANDREW L. CARTER, JR.**
                                                **United States District Judge**